**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AMERICANS FOR PROSPERITY FOUNDATION )
      Plaintiff,
v.
CENTERS FOR MEDICARE & MEDICAID SERVICES
      Defendant.

**COMPLAINT EXHIBIT 4**

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
7500 Security Boulevard, Mail Stop C5-11-06
Baltimore, Maryland 21244-1850



**Office of Strategic Operations and Regulatory Affairs / Freedom of Information Group**

Request has been assigned: Control Number: **052120217034** and PIN: **BQF5**

**RE: Medicaid Overpayment**

6/1/2021

**Kevin Schmidt**
**Americans for Prosperity Foundation**
**1310 North Courthouse Road, 7th Floor**
**Arlington, VA 22201**

Dear Mr. Schmidt:

The purpose of this letter is to acknowledge receipt of your Freedom of Information Act (FOIA) request (5 U.S.C. § 552) and to provide you with a tracking number for your request. Your FOIA request, dated **5/21/2021** was received on **5/21/2021** by the Centers for Medicare & Medicaid Services (CMS). To check the status of your request as it is being processed, please refer to the CMS FOIA website http://www.cms.gov/apps/FOIA and enter the control number and PIN (listed above) that have been assigned to your request.

Once we complete our initial analysis of your request, we will initiate a search for responsive records. If however, we determine that your request needs clarification, we will contact you. Additionally, if our searching units advise us that you have requested a voluminous amount of records that require extensive search, production and review, we will contact you to discuss options for narrowing the scope of your request in order to process your request as quickly and efficiently as possible.

Please note that CMS receives a very high volume of FOIA requests. The following unusual circumstances, as defined by Federal FOIA Regulations, may impact our ability to fulfill a FOIA request within 20 business days. These include circumstances such as (1) the request requires us to search for and collect records from multiple components and/or field offices; (2) the request involves a voluminous amount of records that must be located, compiled, transferred to this office, and reviewed. In addition, given our high volume of requests, and in accordance with federal regulations, our processing policy includes factors such as the date of the request as well as the complexity of the request.

The FOIA law assumes that requesters are willing to pay fees up to $25.00. If estimated fees to process your request exceed $25.00, we will notify you and may suspend processing until we receive written confirmation that you are willing to pay the estimated fees.
Additionally, for requests in which the estimated fees exceed $250.00, the law authorizes us to collect the fees *in advance* prior to processing the request.

If your request sought a fee waiver or expedited processing, we will send additional communication to provide you with our determination decision(s).

If you are not satisfied with any aspect of the processing and handling of this request, please contact Breita Gillard at 410-786-5126.

You also have the right to seek dispute resolution services from:

> Joseph Tripline
> CMS FOIA Public Liaison
> Centers for Medicare & Medicaid Services
> 7500 Security Blvd., MS: N2-20-16
> Baltimore, Maryland 21244-1850
> Telephone:  (410) 786-5353 Fax (443)-380-7260

and/or:

> Office of Government Information Services
> National Archives and Administration
> 8601 Adelphi Road – OGIS
> College Park, MD 20740-6001
> Telephone:  202-741-5770
> Toll-Free: 1-877-684-6448
> E-mail: ogis@nara.gov
> Fax: 202-741-5769

Sincerely yours,

*Jeffery Wallace*

Jeffery Wallace
Director, Division of Analysis - B
Freedom of Information Group