CO-386
10/2018

# United States District Court
# For the District of Columbia

Americans for Prosperity Foundation )
)
)
)
                Plaintiff )
vs )    Civil Action No. __21-2021_____
)
Centers for Medicare & Medicaid Services )
)
)
               Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Plaintiff Americans for Prosperity Foundation__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Plaintiff Americans for Prosperity Foundation__ which have any outstanding securities in the hands of the public:

    -NONE-

These representations are made in order that judges of this court may determine the need for recusal.

                                         Attorney of Record

                                         _/s/ Ryan P. Mulvey_____
                                         Signature

__1024362_____                 Ryan P. Mulvey_____
BAR IDENTIFICATION NO.                          Print Name

                                           1310 N. Courthouse Rd., Ste. 700_____
                                           Address

                                           Arlington, VA 22201_____
                                           City            State          Zip Code

                                           (571) 444-2841_____
                                           Phone Number