AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-2021 |
| CENTERS FOR MEDICARE & MEDICAID SERVS. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AMERICANS FOR PROSPERITY FOUNDATION.

Date: 07/28/2021

/s/ Eric R. Bolinder
*Attorney's signature*

Eric R. Bolinder -- 1028335
*Printed name and bar number*

AMERICANS FOR PROSPERITY FOUNDATION
1310 North Courthouse Road, Suite 700
Arlington, VA 22201
*Address*

ebolinder@AFPHQ.org
*E-mail address*

(571) 329-3324
*Telephone number*

N/A
*FAX number*