## AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the District of Columbia

| | |
|---|---|
| **AMERICANS FOR PROSPERITY FOUNDATION** | Attorney: Ryan P. Mulvey |
| Plaintiff(s), | Americans for Prosperity Foundation<br>1310 North Courthouse Rd., #700<br>Arlington VA 22201 |
| VS. | |
| **CENTERS FOR MEDICARE & MEDICAID SERVICES** | \*267977\* |
| Defendant(s). | |

**Case Number: 1:21-cv-02021-CJN**

Legal documents received by Same Day Process Service, Inc. on **07/27/2021** at **10:09 AM** to be served upon **CIVIL PROCESS CLERK - U.S. ATTORNEY'S OFFICE at 501 THIRD STREET, N.W., 4TH FLOOR, Washington, DC 20001**

I, **Alyssa McDonald**, swear and affirm that on **July 28, 2021** at **11:35 AM**, I did the following:

Served **CIVIL PROCESS CLERK - U.S. ATTORNEY'S OFFICE** by delivering a conformed copy of the **SUMMONS IN A CIVIL ACTION (ISSUED ON 07/27/21); CIVIL COVER SHEET; COMPLAINT; EXHIBITS** to Chrystal Gonnella as **Paralegal & Authorized Agent** of **CIVIL PROCESS CLERK - U.S. ATTORNEY'S OFFICE** at **501 THIRD STREET, N.W., 4TH FLOOR , Washington, DC 20001**.

**Description of Person Accepting Service:**
Sex: Female Age: 30 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*[signature]*
**Alyssa McDonald**
Process Server

Internal Job ID:267977

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com