# AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the District of Columbia

**AMERICANS FOR PROSPERITY FOUNDATION**

        Plaintiff(s),

VS.

**CENTERS FOR MEDICARE & MEDICAID SERVICES**

        Defendant(s).

Attorney: Ryan P. Mulvey

Americans for Prosperity Foundation
1310 North Courthouse Rd., #700
Arlington VA 22201

*267978*

**Case Number: 1:21-cv-02021-CJN**

Legal documents received by Same Day Process Service, Inc. on **07/27/2021** at **10:20 AM** to be served upon **CENTERS FOR MEDICARE & MEDICAID SERVICES at 7500 SECURITY BOULEVARD, Baltimore, MD 21244**

I, **Alyssa McDonald**, swear and affirm that on **July 28, 2021** at **2:31 PM**, I did the following:

Served **CENTERS FOR MEDICARE & MEDICAID SERVICES** by delivering a conformed copy of the **SUMMONS IN A CIVIL ACTION (ISSUED ON 07/27/21); CIVIL COVER SHEET; COMPLAINT; EXHIBITS** by Certified Mailing to , **CENTERS FOR MEDICARE & MEDICAID SERVICES** at **7500 SECURITY BOULEVARD , Baltimore, MD 21244**.

**Supplemental Data Appropriate to this Service:** On 07/28/2021, a copy of the legal documents were certified mailed to the subject with receipt number: 7021 0350 0000 1988 8129 to the address of: 7500 SECURITY BOULEVARD, Baltimore, MD 21244

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Alyssa McDonald
Process Server

Internal Job ID:267978

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70210350000019888129

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 11:42 am on July 30, 2021 in WINDSOR MILL, MD 21244.

## ✓ Delivered, Front Desk/Reception/Mail Room

July 30, 2021 at 11:42 am
WINDSOR MILL, MD 21244

Feedback

**Get Updates** ⌄

Text & Email Updates ⌄

Tracking History ⌄

Product Information ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.