## AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the District of Columbia

**AMERICANS FOR PROSPERITY FOUNDATION**

    Plaintiff(s),

VS.

**CENTERS FOR MEDICARE & MEDICAID SERVICES**

    Defendant(s).

Attorney: Ryan P. Mulvey

Americans for Prosperity Foundation
1310 North Courthouse Rd., #700
Arlington VA 22201


*267979*

**Case Number: 1:21-cv-02021-CJN**

Legal documents received by Same Day Process Service, Inc. on **07/27/2021** at **10:43 AM** to be served upon **ATTORNEY GENERAL OF THE UNITED STATES U.S. DEPARTMENT OF JUSTICE at 950 PENNSYLVANIA AVENUE NW, Washington, DC 20530**

I, **Alyssa McDonald**, swear and affirm that on **July 28, 2021** at **2:31 PM**, I did the following:

Served **ATTORNEY GENERAL OF THE UNITED STATES U.S. DEPARTMENT OF JUSTICE** by delivering a conformed copy of the **SUMMONS IN A CIVIL ACTION (ISSUED ON 07/27/21); CIVIL COVER SHEET; COMPLAINT; EXHIBITS** by Certified Mailing to **ATTORNEY GENERAL OF THE UNITED STATES U.S. DEPARTMENT OF JUSTICE** at **950 PENNSYLVANIA AVENUE NW**, Washington, DC 20530.

**Supplemental Data Appropriate to this Service:** On 07/28/2021, a copy of the legal documents were certified mailed to the subject with receipt number: 7021 0350 0000 1988 8136 to the address of: 950 PENNSYLVANIA AVENUE NW, Washington, DC 20530

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Alyssa McDonald**
Process Server

Internal Job ID:267979

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70210350000019888136

Remove ✕

Your item was delivered at 4:59 am on August 2, 2021 in WASHINGTON, DC 20530.

## ⊘ Delivered

August 2, 2021 at 4:59 am
WASHINGTON, DC 20530

Feedback

**Get Updates** ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.