UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION, ) ) ) ) Plaintiff, ) ) v. ) ) CENTERS FOR MEDICARE AND ) MEDICAID SERVICES, ) ) Defendant. ) ) | Civil Action No. 21-2021 (CJN) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Paul Cirino as counsel of record for Defendant in the above-captioned case.

Dated: August 23, 2021          Respectfully submitted,

                                                /s/ *Paul Cirino*
                                PAUL CIRINO, D.C. Bar # 1684555
                                Assistant United States Attorney
                                Civil Division
                                U.S. Attorney's Office for the District of Columbia
                                555 4th Street, N.W.
                                Washington, D.C.  20530
                                Telephone: (202) 252-2529
                                Facsimile: (202) 252-2599
                                paul.cirino@usdoj.gov