UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>    Plaintiff,<br><br>        v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>    Defendant. | Civil Action No. 21-2021 (CJN) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of September 23, 2021, Plaintiff Americans for Prosperity Foundation and Defendant Centers for Medicare and Medicaid Services, by and through undersigned counsel, respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

The Court directed the parties to address: (1) the status of Plaintiff's FOIA request; (2) the anticipated number of documents responsive to Plaintiff's FOIA request; (3) the anticipated date(s) for release of the documents requested by Plaintiff; (4) whether a motion for stay is likely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976); (5) the possibility of prioritizing documents responsive to Plaintiff's requests and any discussions regarding whether Plaintiff's requests can be narrowed; and (6) whether the Parties anticipate summary judgment briefing and, if so, a proposed briefing schedule.

1. **The Status of Plaintiff's FOIA Requests, the Anticipated Number of Responsive Documents, and the Timetable for Release of Responsive Documents to Plaintiff.**

On May 21, 2021, Plaintiff submitted a FOIA request to Defendant seeking six categories of records relating to Defendant's efforts to recover Medicaid improper payments and state-based data on the rates of improper payments and relevant internal agency correspondence. *See* Compl. ¶ 2 & Ex. 3, ECF No. 1.

Defendant has completed a search for records responsive to Items 1, 2, 3, 5, and 6 of Plaintiff's request. Defendant has informed Plaintiff that its search resulted in more than 15,000 pages of potentially responsive records, including "emails and accompanying documents." Plaintiff has raised with Defendant various questions concerning the search results and has requested that the agency prioritize Items 3 and 4. The parties intend to meet and confer about these issues in the coming weeks.

With respect to Item 3 of Plaintiff's request, which seeks "Medicaid improper payment rates for all 50 states and the District of Columbia between 2012 and 2020," Defendant continues to work on this item of the request and will provide Plaintiff with an update by November 15, 2021.

2. **Likelihood of an *Open America* Stay**

Defendant does not intend to move for a stay under *Open America.*

3. **Possibility of Prioritizing Documents and Discussions Regarding Narrowing of Plaintiff's Requests**

As noted above, the parties intend to meet and confer regarding various aspects of Defendant initial search and the possible narrowing of Defendant's review of potentially responsive pages.

4. **Need for Summary Judgment Briefing**

As discussed above, Defendant is in the process of responding to Plaintiff's request. The parties propose to file a further Joint Status Report by December 13, 2021, advising the Court of the status of Defendant's response to Plaintiff's requests and proposing further proceedings, including a production schedule or summary judgment briefing schedule, as appropriate.

Dated: October 14, 2021              Respectfully submitted,

/s/ *Ryan P. Mulvey*
Ryan P. Mulvey, D.C. Bar #1024362
Eric R. Bolinder, D.C. Bar #1028335
AMERICANS FOR PROSPERITY
FOUNDATION
1310 North Courthouse Road, Suite 700
Arlington, Virginia 22201
Telephone: (571) 444-2841
rmulvey@afphq.org
ebolinder@afphq.org

*Counsel for Plaintiff*

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

          /s/ *Paul Cirino*
PAUL CIRINO, D.C. Bar #1684555
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C.  20530
Telephone:  (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendant*