UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 21-2021 (CJN) |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of October 18, 2021, Plaintiff Americans for Prosperity Foundation and Defendant Centers for Medicare and Medicaid Services, by and through undersigned counsel, respectfully submit this Joint Status Report in this Freedom of Information Act ("FOIA") case.

This case involves Plaintiff's request to Defendant seeking six categories of records relating to Defendant's efforts to recover Medicaid improper payments and state-based data on the rates of improper payments and relevant internal agency correspondence. *See* Compl. ¶ 2 & Ex. 3, ECF No. 1.

In the prior Joint Status Report, ECF No. 10, Defendant reported that it had completed a search for Items 1, 2, 3, 5, and 6 that yielded more than 15,000 records. That representation was inaccurate. The searches were completed with respect to Items 5 and 6 only. Defendant has advised Plaintiff of this error and apologizes for any inconvenience that this mistake may have caused.

Items 1 and 2 seek documents concerning Defendant's recovery efforts for certain improper Medicaid payments. The agency's Office of Financial Management, Center for Medicaid and CHIP Services, Center for Program Integrity, and Office of Strategic Operations and Regulatory Affairs are currently searching for responsive documents that have not been made publicly available and anticipates that it will complete its search on or before January 15, 2022. After identifying and processing responsive documents, the records to be released must undergo several levels of review. Defendant intends to provide its first interim production of records responsive to Items 1 and 2 by February 15, 2022. The parties will negotiate a schedule for further interim productions and advise the Court of those negotiations in their next Joint Status Report.

Items 3 and 4 involve records relating to Medicaid improper payments and eligibility error rates for all 50 states and the District of Columbia from 2012 to the present. In the prior Joint Status Report, Defendant stated that it expected to provide an update to Plaintiff regarding Item 3 by November 15, 2021. Unfortunately, the agency's Office of Financial Management requires additional time to complete its search due to the complexity of the information requested. The agency continues to work toward providing an answer regarding these items as expeditiously as possible, with a goal of completing its search by January 15, 2022. The parties intend to provide a further update and proposed production schedule, as applicable, in their next Joint Status Report.

Items 5 and 6 request communications regarding efforts to recover Medical improper payments after January 2019. As noted above, a search for records responsive to these two items resulted in more than 15,000 potentially responsive documents (not pages). To narrow the scope of the agency's review, Defendant has provided Plaintiff with search information, including

search strings and custodians. Plaintiff has reviewed that information and raised additional questions about the search methodology and the number of responsive records at issue. The parties will provide a further update on their negotiations in their next Joint Status Report.

    Because Defendant's response to Plaintiff's FOIA request is ongoing, the parties propose to file another Joint Status Report by January 28, 2022, advising the Court of the status of Defendant's response to Plaintiff's request and proposing further proceedings as set out above.

Dated: December 13, 2021           Respectfully submitted,

/s/ Ryan P. Mulvey
Ryan P. Mulvey, D.C. Bar #1024362
Eric R. Bolinder, D.C. Bar #1028335
AMERICANS FOR PROSPERITY FOUNDATION
1310 North Courthouse Road, Suite 700
Arlington, Virginia 22201
Telephone: (571) 444-2841
rmulvey@afphq.org
ebolinder@afphq.org

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/ Paul Cirino
PAUL CIRINO, D.C. Bar #1684555
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2529
paul.cirino@usdoj.gov

*Counsel for Defendant*