UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>　　　　　　　　*Plaintiff*,<br><br>　　v.<br><br>CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>　　　　　　　　*Defendant.* | Civil Action No. 21-2021 (CJN) |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order, dated February 2, 2022, Plaintiff Americans for Prosperity Foundation and Defendant Centers for Medicare & Medicaid Services, by and through undersigned counsel, respectfully submit this Joint Status Report ("JSR") in this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. This case involves Plaintiff's request for six categories of records relating to Defendant's efforts to recover improper Medicaid payments and state-based data on the rates of improper payments and relevant internal agency correspondence. Compl. ¶ 2 & Ex. 3, ECF No. 1. The parties discuss the status of the search for potentially responsive records within each of these six categories below.

**Categories 1 and 2:** In their previous JSR, the parties reported that various program offices within Defendant had completed custodian searches for potentially responsive records and released an interim production of 35 pages of records, but that Defendant was still waiting for one final office—the Office of Strategic Operations and Regulatory Affairs ("OSORA")—to conduct a search. Since then, Defendant has received access to approximately 129 files of potentially responsive records from OSORA. At this time, Defendant cannot offer a final page count for these

files, many of which must be individually downloaded and converted in Defendant's FOIA system. At present, Defendant aims to process at least 500 pages of these records per month, with a first production date of March 15, 2022. Defendant also aims to provide Plaintiff with more information concerning these files in the coming days, at which point the parties will discuss a schedule for future productions. Once production of records within categories 1 and 2 is complete, the parties will confer over whether supplemental searches are needed.

**Categories 3 and 4:** As the parties informed the Court in their previous JSR, Defendant has published all responsive records in its possession and provided Plaintiff with a production letter containing a detailed outline of where this information can be located, which it considers to be a complete response to Plaintiff's request for records within categories 3 and 4.

**Categories 5 and 6:** In their previous JSR, the parties informed the Court that Defendant's initial search turned up a set of over 15,000 potentially responsive records. Since then, Defendant has been able to disaggregate this set into two separate sets, one for category 5 and one for category 6. The set of potentially responsive records within category 5 consisted of 958 pages, which Defendant processed and released to Plaintiff on February 15, 2022. Of these, Defendant released 44 pages in full, redacted 33 pages in part pursuant to Exemptions 5 and 6, withheld 367 pages in full pursuant to Exemptions 4 and 5, deemed 353 pages unresponsive to the request, and determined that the remaining 162 pages were duplicates. The set of potentially responsive records within category 6 consists of approximately 800 pages. The parties intend to negotiate a timeline for production of the records responsive to category 6 within the next week.

Because Defendant's response to Plaintiff's FOIA request is ongoing, the parties propose that this Court direct them to file an additional JSR by April 1, 2022, advising the Court of the

status of Defendant's response to Plaintiff's request and proposing further proceedings as set out above. A proposed order is attached.

Dated: February 28, 2022

/s/ Ryan P. Mulvey
RYAN P. MULVEY
D.C. Bar. No. 1024362
ERIC R. BOLINDER
D.C. Bar. No. 1028335
Americans for Prosperity Foundation
1310 North Courthouse Road, Suite 700
Arlington, VA 22201
(571) 444-2841
rmulvey@afphq.org
ebolinder@ afphq.org

*Attorneys for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/
BRADLEY G. SILVERMAN
D.C. Bar #1531664
Assistant United States Attorney
555 4th St. NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>*Defendant*. | Civil Action No. 21-2021 (CJN) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' Joint Status Report, it is hereby ORDERED that by April 1, 2022, the parties shall file a Joint Status Report advising the Court of the status of Defendant's response to Plaintiff's request, and proposing further proceedings.

SO ORDERED.

Dated _____

CARL J. NICHOLS
United States District Court Judge