UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICANS FOR PROSPERITY
FOUNDATION,

          *Plaintiff*,

v.

CENTERS FOR MEDICARE &
MEDICAID SERVICES,

          *Defendant*.

Civil Action No. 21-2021 (CJN)

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order, dated March 4, 2022, Plaintiff Americans for Prosperity Foundation and Defendant Centers for Medicare & Medicaid Services, by and through undersigned counsel, respectfully submit this Joint Status Report ("JSR") in this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. This case involves Plaintiff's request for six categories of records relating to Defendant's efforts to recover improper Medicaid payments and state-based data on the rates of improper payments and relevant internal agency correspondence. Compl. ¶ 2 & Ex. 3, ECF No. 1. The parties discuss the status of the search for potentially responsive records within each of these six categories below.

**Categories 1 and 2:** In their previous JSR, the parties reported that Defendant had received 129 documents related to categories 1 and 2 of the request, consisting of 1,849 pages, which represented the final documents related to these categories. Defendant has since processed these pages and released them to Plaintiff on March 15, 2022. Of these, Defendant released 205 pages in full, redacted 3 pages in part pursuant to Exemption 5, withheld 1,640 pages in full pursuant to Exemption 5, and determined 1 page to be unresponsive (it is blank). Plaintiff will review the

productions related to these categories and confer with Defendant over whether supplemental searches are needed.

**Categories 3 and 4:** As the parties informed the Court previously, Defendant has published all responsive records in its possession in categories 3 and 4, and provided Plaintiff a production letter containing a detailed outline of where this information can be located, which it considers to be a complete response to Plaintiff's request for records within categories 3 and 4.

**Categories 5 and 6:** In their previous JSR, the parties informed the Court that Defendant has processed and released to Plaintiff records responsive to category 5 request, and that the parties were negotiating the production of responsive records within category 6. Since then, the parties have agreed that Defendant will process the approximately 800 pages of potentially responsive records related to category 6 and produce any responsive records to Plaintiff by April 15, 2022.

Because Defendant's response to Plaintiff's request is ongoing, the parties propose that this Court direct them to file another JSR by May 2, 2022, advising it of the status of Defendant's response to the request and proposing further proceedings. A proposed order is attached.

| | |
|---|---|
| Dated: March 31, 2022 | Respectfully submitted, |
| /s/ Ryan P. Mulvey | MATTHEW M. GRAVES, D.C. Bar #481052 |
| RYAN P. MULVEY | United States Attorney |
| D.C. Bar. No. 1024362 | |
| ERIC R. BOLINDER | BRIAN P. HUDAK |
| D.C. Bar. No. 1028335 | Acting Chief, Civil Division |
| Americans for Prosperity Foundation | |
| 1310 North Courthouse Road, Suite 700 | By: /s/ |
| Arlington, VA 22201 | BRADLEY G. SILVERMAN |
| (571) 444-2841 | D.C. Bar #1531664 |
| rmulvey@afphq.org | Assistant United States Attorney |
| ebolinder@afphq.org | 555 4th St. NW |
| | Washington, DC 20530 |
| *Attorneys for Plaintiff* | (202) 252-2575 |
| | bradley.silverman@usdoj.gov |
| | *Attorneys for the United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>*Defendant*. | Civil Action No. 21-2021 (CJN) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' Joint Status Report, it is hereby ORDERED that by May 2, 2022, the parties shall file a Joint Status Report advising the Court of the status of Defendant's response to Plaintiff's request, and proposing further proceedings.

SO ORDERED.

Dated _____

_____
CARL J. NICHOLS
United States District Court Judge