UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>*Defendant*. | Civil Action No. 21-2021 (CJN) |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order (Apr. 5, 2022), Plaintiff Americans for Prosperity Foundation and Defendant Centers for Medicare & Medicaid Services, by and through undersigned counsel, respectfully submit this Joint Status Report ("JSR") in this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. This case involves Plaintiff's request for six categories of records relating to Defendant's efforts to recover improper Medicaid payments and state-based data on the rates of improper payments and relevant internal agency correspondence. Compl. ¶ 2 & Ex. 3, ECF No. 1. In their previous JSRs, the parties recounted that Defendant has finished its searches for records responsive to the first five categories of Plaintiff's request. Defendant has now processed the records potentially responsive to category 6, and released them to Plaintiff on April 15, 2022. Of these, Defendant released 747 pages in full, redacted 35 pages in part pursuant to Exemption 5, withheld 79 pages in full pursuant to Exemption 5, determined 16 page to be blank or not responsive to the request, and forwarded 30 pages to other federal entities for review and consultation. Defendant anticipates producing a *Vaughn* Index to Plaintiff within the next 30 days. Plaintiff is currently reviewing Defendant's productions, and once Defendant produces the

*Vaughn* Index, the parties will confer to address any remaining questions that Plaintiff has, as well as to discuss any need for additional searches or reprocessing of records. The parties thus propose that this Court direct them to file another JSR by June 2, 2022, advising it of the status of Defendant's response to the request and proposing further proceedings. A proposed order is attached.

Dated: May 2, 2022

/s/ Ryan P. Mulvey
RYAN P. MULVEY
D.C. Bar. No. 1024362
ERIC R. BOLINDER
D.C. Bar. No. 1028335
Americans for Prosperity Foundation
1310 North Courthouse Road, Suite 700
Arlington, VA 22201
(571) 444-2841
rmulvey@afphq.org
ebolinder@ afphq.org

*Attorneys for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/
    BRADLEY G. SILVERMAN
    D.C. Bar #1531664
    Assistant United States Attorney
    555 4th St. NW
    Washington, DC 20530
    (202) 252-2575
    bradley.silverman@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>*Defendant*. | Civil Action No. 21-2021 (CJN) |

### [PROPOSED] ORDER

UPON CONSIDERATION of the parties' Joint Status Report, it is hereby ORDERED that by June 2, 2022, the parties shall file a Joint Status Report advising the Court of the status of Defendant's response to Plaintiff's request, and proposing further proceedings.

SO ORDERED.


Dated

CARL J. NICHOLS
United States District Court Judge