UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>    *Plaintiff*,<br><br> v.<br><br>CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>    *Defendant*. | Civil Action No. 21-2021 (CJN) |

## JOINT STATUS REPORT

Plaintiff Americans for Prosperity Foundation and Defendant Centers for Medicare & Medicaid Services, by and through undersigned counsel, respectfully submit this Joint Status Report ("JSR") in this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. As previously reported, Defendant completed its production of records in April 2022. On May 31, 2022, Defendant re-released certain pages of responsive records with redactions lifted. It also provided Plaintiff with a draft *Vaughn* index. Plaintiff is still reviewing that index and relevant records to determine whether it has any remaining questions or believes further reprocessing is needed. The parties thus propose that this Court direct them to file another JSR by July 5, 2022 proposing further proceedings.

Dated: June 2, 2022          Respectfully submitted,

/s/ Ryan P. Mulvey          MATTHEW M. GRAVES, D.C. Bar #481052
RYAN P. MULVEY           United States Attorney
D.C. Bar. No. 1024362
ERIC R. BOLINDER          BRIAN P. HUDAK
D.C. Bar. No. 1028335          Chief, Civil Division
Americans for Prosperity Foundation
1310 North Courthouse Road, Suite 700

Arlington, VA 22201  
(571) 444-2841  
rmulvey@afphq.org  
ebolinder@ afphq.org  

*Attorneys for Plaintiff*

By: /s/  
BRADLEY G. SILVERMAN  
D.C. Bar #1531664  
Assistant United States Attorney  
601 D Street NW  
Washington, DC 20530  
(202) 252-2675  
bradley.silverman@usdoj.gov  

*Attorneys for the United States of America*