UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>                 *Plaintiff*,<br><br>   v.<br><br>CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>               *Defendant*. | Civil Action No. 21-2021 (CJN) |

## JOINT STATUS REPORT

Plaintiff Americans for Prosperity Foundation and Defendant Centers for Medicare & Medicaid Services, by and through undersigned counsel, respectfully submit this Joint Status Report ("JSR") in this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. As previously reported, Defendant completed its production of records in April 2022. The parties are continuing to confer in hope of resolving outstanding issues as to the search for and production of the records at issue in hope of resolving this matter without need for further litigation, or at least narrowing the scope of issues in dispute. The parties thus propose that this Court direct them to file another JSR by August 12, 2022 proposing further proceedings.

Dated: July 5, 2022

/s/ Ryan P. Mulvey
RYAN P. MULVEY
D.C. Bar. No. 1024362
ERIC R. BOLINDER
D.C. Bar. No. 1028335
Americans for Prosperity Foundation
1310 North Courthouse Road, Suite 700
Arlington, VA 22201
(571) 444-2841

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/
    BRADLEY G. SILVERMAN

rmulvey@afphq.org
ebolinder@ afphq.org

*Attorneys for Plaintiff*

D.C. Bar #1531664
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2675
bradley.silverman@usdoj.gov

*Attorneys for the United States of America*