UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>            *Plaintiff*,<br><br>    v.<br><br>CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>            *Defendant*. | Civil Action No. 21-2021 (CJN) |

## JOINT STATUS REPORT

Plaintiff Americans for Prosperity Foundation and Defendant Centers for Medicare & Medicaid Services, by and through undersigned counsel, respectfully submit this Joint Status Report ("JSR") in this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The parties are continuing to confer amicably in hope of resolving outstanding issues as to the search for and production of the records at issue. While they do not expect to eliminate any disagreement entirely, they do expect to substantially limit the scope of any dispute this Court must eventually confront. Accordingly, they propose that this Court direct them to file another JSR by September 12, 2022 proposing further proceedings.

Dated: August 12, 2022

/s/ Ryan P. Mulvey
RYAN P. MULVEY
D.C. Bar. No. 1024362
ERIC R. BOLINDER
D.C. Bar. No. 1028335
Americans for Prosperity Foundation
1310 North Courthouse Road, Suite 700
Arlington, VA 22201
(571) 444-2841

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/
    BRADLEY G. SILVERMAN
    D.C. Bar #1531664

| | |
|---|---|
| rmulvey@afphq.org<br>ebolinder@ afphq.org<br><br>*Attorneys for Plaintiff* | Assistant United States Attorney<br>601 D Street NW<br>Washington, DC 20530<br>(202) 252-2675<br>bradley.silverman@usdoj.gov<br><br>*Attorneys for the United States of America* |