UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>    *Plaintiff,*<br><br>    v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>    *Defendant.* | Civil Action No. 21-2021 (CJN) |

## JOINT STATUS REPORT

  Plaintiff Americans for Prosperity Foundation and Defendant Centers for Medicare & Medicaid Services, by and through the undersigned counsel, respectfully submit this Joint Status Report ("JSR") in this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The parties are continuing to confer amicably in hope of resolving outstanding issues as to the search for and production of the records at issue. Defendant has completed its production of records responsive to Plaintiff's FOIA request. Plaintiff has reviewed Defendant's response and posed inquiries to Defendant about certain matters pertaining to it. Defendant is currently reviewing the matters about which Plaintiff has inquired, and will respond to Plaintiff shortly. The parties will continue to attempt to narrow the scope of their dispute to the greatest degree possible.

Dated: September 12, 2022         Respectfully submitted,

By: /s/ Ryan P. Mulvey          MATTHEW M. GRAVES
RYAN P. MULVEY            D.C. Bar #481052
D.C. Bar. No. 1024362          United States Attorney
ERIC R. BOLINDER
D.C. Bar. No. 1028335          BRIAN P. HUDAK
Americans for Prosperity Foundation    Chief, Civil Division
1310 North Courthouse Road, Suite 700
Arlington, VA 22201           By: /s/ Bradley G. Silverman

| | |
|---|---|
| (571) 444-2841<br>rmulvey@afphq.org<br>ebolinder@afphq.org<br><br>*Attorneys for Plaintiff* | BRADLEY G. SILVERMAN<br>D.C. Bar #1531664<br>Assistant United States Attorney<br>601 D Street NW<br>Washington, DC 20530<br>(202) 252-2575<br><br>*Counsel for Defendants* |

2