UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>*Defendant*. | Civil Action No. 21-2021 (CJN) |

## JOINT MOTION FOR SCHEDULING ORDER

Plaintiff Americans for Prosperity Foundation and Defendant Centers for Medicare & Medicaid Services, by and through undersigned counsel, respectfully move for an order setting the following schedule for summary judgment briefing in this matter:

| **Filing** | **Date** |
|---|---|
| Defendant's Motion for Summary Judgment | November 14, 2022 |
| Plaintiff's Response and Cross-Motion for Summary Judgment | December 12, 2022 |
| Defendant's Reply and Cross-Response | January 16, 2023 |
| Plaintiff's Cross-Reply | February 6, 2023 |

A proposed order is attached.

Dated: October 5, 2022

Respectfully submitted,

/s/ Ryan P. Mulvey
RYAN P. MULVEY
D.C. Bar. No. 1024362
ERIC R. BOLINDER
D.C. Bar. No. 1028335

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK

<table>
<tr><td>

Americans for Prosperity Foundation
1310 North Courthouse Road, Suite 700
Arlington, VA 22201
(571) 444-2841
rmulvey@afphq.org
ebolinder@ afphq.org

*Attorneys for Plaintiff*

</td><td>

Chief, Civil Division

By: /s/ _____
    BRADLEY G. SILVERMAN
    D.C. Bar #1531664
    Assistant United States Attorney
    601 D Street NW
    Washington, DC 20530
    (202) 252-2575
    bradley.silverman@usdoj.gov

*Attorneys for the United States of America*

</td></tr>
</table>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>*Defendant*. | Civil Action No. 21-2021 (CJN) |

## [PROPOSED] ORDER

Upon consideration of the Parties' Joint Motion for Briefing Schedule, it is hereby ORDERED that the following schedule shall govern summary judgment briefing in this matter:

| Filing | Date |
|---|---|
| Defendant's Motion for Summary Judgment | November 14, 2022 |
| Plaintiff's Response and Cross-Motion for Summary Judgment | December 12, 2022 |
| Defendant's Reply and Cross-Response | January 16, 2023 |
| Plaintiff's Cross-Reply | February 6, 2023 |

SO ORDERED.

Dated

CARL J. NICHOLS
United States District Court Judge