UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>　　　　　　*Plaintiff*,<br><br>　　v.<br><br>CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>　　　　　　*Defendant*. | Civil Action No. 21-2021 (CJN) |

**CONSENT MOTION FOR ONE-DAY EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Centers for Medicare & Medicaid Services, by and through the undersigned counsel, respectfully moves for a one-day extension of its deadline to move for summary judgment, as well as a corresponding extension of Plaintiff Americans for Prosperity Foundation's deadline to file a response/cross-motion. The original dates of these deadlines are November 14, 2022 and December 12, 2022, respectively, Min. Order (Oct. 11, 2022), and neither party has sought or received any previous extensions of these deadlines. Pursuant to Local Civil Rule 7(m), the undersigned has conferred with counsel for Plaintiff, who consents to this request.

Good cause to grant this relief exists. Obligations in other cases for which the undersigned is responsible, including an oral argument in *Gatore v. Department of Homeland Security*, C.A. No. 21-5148, and a 45-page motion for summary judgment in *Mera v. Garland*, Civ. A. No. 20-2127 (BAH), have kept the undersigned busier than anticipated these last two weeks. A one-day extension of the government's deadline to move for summary judgment would provide sufficient time to complete the motion and obtain multi-level supervisory review within the U.S. Attorney's

Office. To avoid prejudicing Plaintiff, Defendant further requests that Plaintiff's deadline to respond and cross-move be extended by a day as well. Defendant does not request any extension of the government's deadline to file a reply/cross-response. Accordingly, granting the relief sought will not extend the briefing schedule overall—the government will lose a day to file a reply/cross-response. Defendant thus requests that the Court modify the briefing schedule as follows:

| **Filing** | **Date** |
| --- | --- |
| Defendant's Motion for Summary Judgment | November 15, 2022 |
| Plaintiff's Response and Cross-Motion for Summary Judgment | December 13, 2022 |
| Defendant's Reply and Cross-Response | January 16, 2023 |
| Plaintiff's Cross-Reply | February 6, 2023 |

This Court's Standing Order notes that "[m]otions for extensions of time are discouraged," and requires that "[i]f a Party cannot comply with" the requirement that such motions be filed at least four days prior to the affected deadline, "it must explain why it cannot do so in its motion." Standing Order ¶ 8(a) & n.2, ECF No. 12. The affected deadline is three days away, and the undersigned apologizes to the Court for his tardiness in seeking an extension. The undersigned had expected to complete his motion by the deadline this Court previously set, and only realized late last evening that he would be unable to do so. The undersigned did not move for an extension last evening only so that he could first reach out to Plaintiff's counsel to ascertain his position on the relief sought, as this Court's Standing Order and Local Civil Rule 7(m) require.

A proposed order is attached.

Dated: November 11, 2022

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

       BRIAN P. HUDAK
       Chief, Civil Division

By: /s/_____
       BRADLEY G. SILVERMAN
       D.C. Bar #1531664
       Assistant United States Attorney
       601 D Street NW
       Washington, DC 20530
       (202) 252-2575
       bradley.silverman@usdoj.gov

       *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>*Defendant*. | Civil Action No. 21-2021 (CJN) |

## **[PROPOSED] ORDER**

Upon consideration of the Defendant's Consent Motion for One-Day Extension of Time, it is hereby ORDERED that the following schedule shall govern summary judgment briefing in this matter:

| **Filing** | **Date** |
|---|---|
| Defendant's Motion for Summary Judgment | November 15, 2022 |
| Plaintiff's Response and Cross-Motion for Summary Judgment | December 13, 2022 |
| Defendant's Reply and Cross-Response | January 16, 2023 |
| Plaintiff's Cross-Reply | February 6, 2023 |

SO ORDERED.

_____                    _____
Dated                                                         CARL J. NICHOLS
                                                                      United States District Court Judge