UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>    *Plaintiff*,<br><br> v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>    *Defendant*. | Civil Action No. 21-2021 (CJN) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, Defendant Centers for Medicare and Medicaid Services, by and through the undersigned counsel, respectfully moves for summary judgment. A memorandum of points and authorities in support, statement of facts as to which no genuine dispute exists, supporting declaration, and proposed order are attached.

Dated: November 15, 2022

Respectfully submitted,

MATTHEW M. GRAVES,
United States Attorney
D.C. Bar No. 481052

BRIAN P. HUDAK
Chief, Civil Division

/s/ Bradley G. Silverman
BRADLEY G. SILVERMAN
Assistant United States Attorney
D.C. Bar No. 1531664
601 D Street NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorneys for the United States*