UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>                   *Plaintiff*,<br><br>    v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>                   *Defendant*. | Civil Action No. 21-2021 (CJN) |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS
AS TO WHICH NO GENUINE DISPUTE EXISTS**

Pursuant to Local Civil Rule 7(h)(1), Defendant Centers for Medicare and Medicaid Services, by and through the undersigned counsel, respectfully files this statement of material facts as to which no genuine dispute exists.

1. Section 1903(u) of the Social Security Act requires the Centers to withhold Medicaid funds from states for erroneous payments exceeding 3% of their total approved Medicaid expenditures. 42 U.S.C. § 1396b(u)(1)(A).

2. Believing that the Centers "has not been diligent in meeting [this] obligation," Plaintiff Americans for Prosperity Foundation filed a request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, on May 21, 2021, for records falling within six broad categories relating to this concern. Compl. ¶ 8, ECF No. 1; FOIA Request, ECF No. 1-3.

3. On July 27, 2021, the Foundation filed this action. Compl. ¶ 30.

4. The Centers' search for records responsive to the Foundations' request initially yielded over 15,000 potentially responsive records. Joint Status Rep., ECF No. 14.

5. Over several months, the parties conferred to ensure that an adequate search was conducted and that all responsive, non-exempt records were produced, in hope of "narrow[ing] the scope of their dispute to the greatest degree possible." Joint Status Rep., ECF No. 21.

6. The only three records remaining in dispute relate to an agency official's request for, and an agency attorney's provision of, legal advice concerning a contemplated agency action.

7. The first record remaining in dispute is a two-page draft memorandum titled "Revised State Findings on Fiscal Year 1982 Disallowances," for which the Director of the Centers' Office of Medicaid Management had sought legal advice and clearance from the Centers' Office of the General Counsel. Decl. of Hugh Gilmore ¶¶ 8, 12.

8. The second record remaining in dispute is a two-page attachment to the draft memorandum. *Id.* ¶ 12.

9. The third record remaining in dispute is a one-page memorandum, dated September 18, 1990, from the Office of the General Counsel to the Director offering opinions on the Centers' legal authority to take certain actions that the draft memorandum contemplated. *Id.* ¶¶ 8, 11-13.

10. All withholdings were made under FOIA Exemption 5, based on the attorney-client privilege. *Id.* ¶¶ 8-9, 11-13.

11. The Centers produced in full the Director's request for review and clearance of the draft memorandum. *Id.* ¶ 12.

\*   \*   \*

| | |
|---|---|
| Dated: November 15, 2022 | Respectfully submitted,<br><br>MATTHEW M. GRAVES,<br>United States Attorney<br>D.C. Bar No. 481052<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>/s/ Bradley G. Silverman<br>BRADLEY G. SILVERMAN<br>Assistant United States Attorney<br>D.C. Bar No. 1531664<br>601 D Street NW<br>Washington, DC 20530<br>(202) 252-2575<br>bradley.silverman@usdoj.gov<br><br>*Attorneys for the United States* |