UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>*Defendant*. | Civil Action No. 21-2021 (CJN) |

## **[PROPOSED] ORDER**

Upon consideration of Defendant's motion for summary judgment, the memoranda submitted in support thereof and response thereto, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED;

ORDERED that judgment is ENTERED for Defendant.

SO ORDERED.

_____                                _____
Dated                                                                         CARL J. NICHOLS
                                                                                    United States District Court Judge