IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION ) ) ) ) | | |
| *Plaintiff*, ) ) | | |
| v. ) ) | Civil Action No. 21-2021 (CJN) | |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES, ) ) ) ) | | |
| *Defendant*. ) ) | | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT**

Under Federal Rule of Civil Procedure 56 and Rule 7 of the Local Civil Rules of the United States District Court for the District of Columbia, Plaintiff Americans for Prosperity Foundation ("AFPF") hereby opposes Defendant Centers for Medicare and Medicaid Services' motion for summary judgment, ECF No. 24, and respectfully cross-moves for summary judgment.

In support of its opposition and cross-motion, AFPF relies upon the attached Memorandum of Points and Authorities, Plaintiff's Statement of Undisputed Material Facts, Plaintiff's Response to Defendant's Statement of Material Facts Not in Genuine Dispute, and the Declaration of Ryan P. Mulvey. A Proposed Order also is attached.

//

//

//

Dated: December 13, 2022

Respectfully submitted,

*/s/ Ryan P. Mulvey*
Ryan P. Mulvey
D.C. Bar No. 1024362
Eric R. Bolinder
D.C. Bar No. 1028335

AMERICANS FOR PROSPERITY
FOUNDATION
1310 North Courthouse Road, Suite 700
Arlington, VA 22201
Telephone: (571) 444-2841
rmulvey@afphq.org
ebolinder@afphq.org

*Counsel for Plaintiff*