IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION | ) ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Civil Action No. 21-2021 (CJN) |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES, | ) ) ) ) | |
| *Defendant*. | ) ) ) | |

**[PROPOSED] ORDER**

Upon consideration of the parties' motions, and the entire record herein, it is hereby ORDERED that Defendant's motion for summary judgment is DENIED and Plaintiff's cross-motion for summary judgment is GRANTED. It is FURTHER ORDERED that Defendant must produce the responsive record at issue in its entirety to Plaintiff within 20 days of this Order.

SO ORDERED.

Dated: _____                    _____

The Honorable Carl J. Nichols
United States District Judge