IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> CENTERS FOR MEDICARE AND MEDICAID SERVICES, <br><br> Defendant. | Civil Action No. 21-2021 (CJN) |

**PLAINTIFF'S NOTICE OF COMPLIANCE**

Plaintiff Americans for Prosperity Foundation hereby notifies the Court of Plaintiff's compliance with 7(c) of the Standing Order.  *See* ECF No. 12.  Plaintiff has submitted via USPS Priority Mail two courtesy copies of Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Cross-Motion for Summary Judgment.  *See* ECF Nos. 25 & 26.  The courtesy copies should be delivered by December 14, 2022.  (Tracking Number: 9505-5123-2793-2347-7687-61)

Dated: December 13, 2022

Respectfully submitted,

*/s/ Ryan P. Mulvey*
Ryan P. Mulvey
D.C. Bar No. 1024362
Eric R. Bolinder
D.C. Bar No. 1028335

AMERICANS FOR PROSPERITY FOUNDATION
1310 North Courthouse Road, Suite 700
Arlington, VA 22201
Telephone: (571) 444-2841
rmulvey@afphq.org
ebolinder@afphq.org

*Counsel for Plaintiff*