UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>*Defendant*. | Civil Action No. 21-2021 (CJN) |

## CONSENT MOTION TO MODIFY BRIEFING SCHEDULE

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Centers for Medicare and Medicaid Services, by and through the undersigned counsel, respectfully moves to modify the briefing schedule so as to extend all briefing deadlines by two days. Pursuant to Local Civil Rule 7(m), the undersigned has conferred with counsel for Plaintiff Americans for Prosperity Foundation, which consents to this relief. This is Defendant's first request for an extension of this deadline. A proposed order is attached.

Good cause to grant this relief exists. Back when the parties initially proposed a briefing schedule, the undersigned did not realize that Defendant's reply/cross-response deadline fell on a federal holiday. While a draft of Defendant's filing is close to complete, a two-day extension would provide sufficient time for multi-layer supervisory review within the Department of Health and Human Services and U.S. Attorney's Office, given the federal holiday. Accordingly, Defendant proposes that the Court modify the briefing schedule as follows:

| Filing | Date |
|---|---|
| Defendants' Reply in Support of Motion for Summary Judgment and Response to Plaintiff's Motion for Summary Judgment | January 18, 2023 |
| Plaintiff's Cross-Reply | February 8, 2023 |

A proposed order is attached.

Dated: January 12, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/
BRADLEY G. SILVERMAN
D.C. Bar #1531664
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FOR PROSPERITY FOUNDATION, <br><br> *Plaintiff*, <br><br> v. <br><br> CENTERS FOR MEDICARE AND MEDICAID SERVICES, <br><br> *Defendant*. | Civil Action No. 21-2021 (CJN) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's Consent Motion to Modify Briefing Schedule, and for good cause shown, it is hereby ORDERED that the following schedule shall govern further proceedings in this case:

| **Filing** | **Date** |
|---|---|
| Defendants' Reply in Support of Motion for Summary Judgment and Response to Plaintiff's Motion for Summary Judgment | January 18, 2023 |
| Plaintiff's Cross-Reply | February 8, 2023 |

SO ORDERED.

_____          _____
Dated                                              CARL J. NICHOLS
                                                        United States District Judge