UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>    *Plaintiff*,<br><br>  v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>    *Defendant*. | Civil Action No. 21-2021 (CJN) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF FACTS**

Pursuant to Local Civil Rule 7(h)(1), Defendant Centers for Medicare and Medicaid Services, by and through the undersigned counsel, respectfully responds to Plaintiff's Statement of Facts, ECF No. 25-2.

1. This statement purports to characterize Plaintiff's records request, which is the best evidence of its contents, and to which Defendant respectfully refers for a complete and accurate statement of its contents.

2. This statement purports to characterize Defendant's response to Plaintiff's records request, which is the best evidence of its contents, and to which Defendant respectfully refers for a complete and accurate statement of its contents.

3. Plaintiff's assertion that "Defendant failed to provide a timely final response" is a legal conclusion, not a statement of fact, and thus requires no response. Otherwise, undisputed.

4. Undisputed.

5. Undisputed.

6. This statement purports to a characterize a record, which is the best evidence of its contents, and to which Defendant refers for a complete and accurate statement of its contents.

7. Undisputed.

8. This statement purports to a characterize a record, which is the best evidence of its contents, and to which Defendant refers for a complete and accurate statement of its contents.

9. This statement purports to a characterize a record, which is the best evidence of its contents, and to which Defendant refers for a complete and accurate statement of its contents.

10. Plaintiff's characterization of the reacted portion of the record at issue as "substantial" is a statement of opinion rather than fact, and thus requires no response. Otherwise, this statement purports to characterize a record, which is the best evidence of its contents, and to which Defendant refers for a complete and accurate statement of its contents.

11. This statement purports to a characterize a record, which is the best evidence of its contents, and to which Defendant refers for a complete and accurate statement of its contents.

12. Undisputed.

13. This statement purports to a characterize a record, which is the best evidence of its contents, and to which Defendant refers for a complete and accurate statement of its contents.

14. This statement purports to a characterize a record, which is the best evidence of its contents, and to which Defendant refers for a complete and accurate statement of its contents.

15. Undisputed.

16. This statement purports to a characterize a record, which is the best evidence of its contents, and to which Defendant refers for a complete and accurate statement of its contents.

17. This statement purports to a characterize a record, which is the best evidence of its contents, and to which Defendant refers for a complete and accurate statement of its contents.

18. Plaintiff's characterization of the released portion of the record at issue as "non-substantive" is a statement of opinion rather than fact, and thus requires no response. Otherwise, undisputed.

19. This statement purports to a characterize a record, which is the best evidence of its contents, and to which Defendant refers for a complete and accurate statement of its contents.

20. This statement purports to a characterize a record, which is the best evidence of its contents, and to which Defendant refers for a complete and accurate statement of its contents.

21. Undisputed.

22. Undisputed.

23. This statement purports to a characterize a record, which is the best evidence of its contents, and to which Defendant refers for a complete and accurate statement of its contents,

24. Undisputed.

25. Undisputed.

26. This statement is a legal conclusion, and thus requires no response.

27. Undisputed.

28. Defendant lacks knowledge or information sufficient to form a belief as to the truth of this statement.

29. Undisputed.

30. Undisputed.

*   *   *

Dated: January 18, 2023                    Respectfully submitted,

MATTHEW M. GRAVES,
United States Attorney
D.C. Bar No. 481052

BRIAN P. HUDAK
Chief, Civil Division

/s/ Bradley G. Silverman
BRADLEY G. SILVERMAN
Assistant United States Attorney
D.C. Bar No. 1531664
601 D Street NW
Washington, DC 20530
(202) 252-2575
bradley.silverman@usdoj.gov

*Attorneys for the United States*