UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>*Defendant*. | Civil Action No. 21-2021 (CJN) |

## **[PROPOSED] ORDER**

Upon consideration of Defendant's motion for summary judgment, Plaintiff's cross-motion for summary judgment, the various memoranda submitted in support thereof and opposition thereto, and the entire record herein, it is hereby

ORDERED that Defendant's motion for summary judgment is GRANTED;

ORDERED that Plaintiff's cross-motion for summary judgment is DENIED;

ORDERED that judgment for Defendant is ENTERED.

SO ORDERED.

_____                                      _____
Date                                                                                  CARL J. NICHOLS
                                                                                              United States District Judge