UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>*Defendant*. | Civil Action No. 21-2021 (CJN) |

## JOINT STATUS REPORT

Plaintiff Americans for Prosperity Foundation ("AFPF") and Defendant Centers for Medicare and Medicaid Services ("CMS"), by and through the undersigned counsel, respectfully submit this Joint Status Report to inform the Court of their intentions with respect to the August 9, 2023 Minute Order directing further proceedings in this case. Both parties have now received the transcript of the August 9, 2023 motions hearing, and thank the Court Reporter for the speedy turnaround. Pursuant to this Court's directive at the motions hearing, by August 23, 2023, CMS will file a sealed ex parte declaration setting forth, in greater detail than it has thus far in its public filings, why it believes that releasing the withheld materials foreseeably would harm interests that the deliberative process privilege protects, as well as a public notice of lodging.  AFPF, for its part, will submit a supplemental memorandum in response to CMS's notice of lodging by August 30, 2023, as directed by the Court.  Before the same date, AFPF also intends to move separately to exclude any *ex parte* declaration submitted without explicit, advance leave of the Court.

Dated: August 18, 2023

*/s/ Ryan P. Mulvey*
Ryan P. Mulvey
D.C. Bar No. 1024362
Eric R. Bolinder
D.C. Bar No. 1028335

AMERICANS FOR PROSPERITY
FOUNDATION
1310 N. Courthouse Road, Suite 700
Arlington, VA 22201
Telephone: (571) 444-2841
rmulvey@afphq.org
ebolinder@afphq.org

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/ Bradley G. Silverman
       BRADLEY G. SILVERMAN
       D.C. Bar #1531664
       Assistant United States Attorney
       601 D Street NW
       Washington, DC 20530
       (202) 252-2575
       bradley.silverman@usdoj.gov

*Attorneys for the United States of America*