**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION, | ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Civil Action No. 21-2021 (CJN) |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES, | ) ) ) | |
| *Defendant*. | ) ) ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's motion to exclude Defendant's *ex parte* and sealed declaration, it is hereby ORDERED that the motion is GRANTED.  It is FURTHER ORDERED that the *ex parte* declaration be excluded from the record and stricken from the docket.

SO ORDERED.


Dated:_____          _____
                                  The Hon. Carl J. Nichols
                                  United States District Judge