UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICANS FOR PROSPERITY
FOUNDATION,

    *Plaintiff*,

  v.

CENTERS FOR MEDICARE &
MEDICAID SERVICES,

    *Defendant*.

Civil Action No. 1:21-cv-02021 (CJN)

# ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 24 is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Cross-Motion for Summary Judgment, ECF No. 25, is **DENIED**; and it is further

**ORDERED** that Plaintiff's Motion to Exclude the Ex Parte Sealed Declaration, ECF No. 40, is **DENIED**; and it is further

**ORDERED** that the government shall file on the public docket a version of its ex parte declaration, ECF No. 37, with only confidential information redacted on or before February 23, 2024; and it is further

**ORDERED** that judgment is entered in favor of Defendant against Plaintiff.

This is a final and appealable order.

The Clerk of Court is directed to terminate the case.

1

DATE: February 13, 2024

_____
CARL J. NICHOLS
United States District Judge