UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>          *Plaintiff*,<br><br>  v.<br><br>CENTERS FOR MEDICARE AND MEDICAID SERVICES,<br><br>          *Defendant*. | Civil Action No. 21-2021 (CJN) |

## NOTICE OF FILING

Pursuant to this Court's Memorandum Opinion, ECF No. 43, Defendant Centers for Medicare and Medicaid Services, by and through the undersigned counsel, respectfully file the attached redacted declaration, which it previously submitted to this Court ex parte and under seal in redacted form, ECF No. 37.

Dated: February 15, 2024

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/
    BRADLEY G. SILVERMAN
    D.C. Bar #1531664
    Assistant United States Attorney
    601 D Street NW
    Washington, DC 20530
    (202) 252-2575
    bradley.silverman@usdoj.gov

*Attorneys for the United States of America*